FILE COPY

No. 07-15-00009-CR

| | | |
|---|---|---|
| Tony Harrell-MacNeil | § | From the County Court at Law No. 1 |
| Appellant | | of McLennan County |
| | § | |
| v. | | April 20, 2015 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 20, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the County Court at Law No. 1 of McLennan County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o